# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

# M E M O R A N D U M

TO:         Counsel of Record

FROM:      Judge Roger W. Titus

RE:         *Rebecca Bonner v. United of Omaha Life Insurance Company*  
             Civil No. RWT-11-2250

DATE:      November 1, 2011

\* \* \* \* \* \* \* \* \*

Upon the request of the parties, the telephone status conference scheduled for **November 9, 2011 at 5:30 p.m.** is hereby **RESCHEDULED** for **November 16, 2011 at 5:30 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                           /s/  
                                          Roger W. Titus  
                                          United States District Judge